1  Mitchell F. Boomer (State Bar No. 121441)
   Janine R. Hudson (State Bar No. 206671)
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, California  94105
   Telephone:  (415) 394-9400
4  Facsimile:  (415) 394-9401

5  Attorneys for Defendant
   INTERNATIONAL BUSINESS MACHINES
6  CORPORATION

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  JONATHAN ROSENOER,                    Case No.

12              Plaintiff,                **CERTIFICATE OF INTERESTED
                                          ENTITIES [Civil  Local Rule 3-16]**
13       v.

14  INTERNATIONAL BUSINESS MACHINES
    CORPORATION, a New York corporation; and
15  DOES 1 through 50,

16
                Defendant.
17

18  TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN

19  DISTRICT OF CALIFORNIA AND PLAINTIFF'S ATTORNEY HEREIN:

20          PLEASE TAKE NOTICE that pursuant to Civil Local Rule 3-16, Defendant

21  INTERNATIONAL BUSINESS MACHINES CORPORATION Pursuant to Civil L.R. 3-16, the

22  following listed persons, associations of persons, firms, partnerships, corporations, or other

23  entities, (i) have a financial interest in the subject matter in controversy, or in a party to the

24  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

25  substantially affected by the outcome of the proceeding:

26          (a)     International Business Machines Corporation, a New York corporation.

27  ///

28  ///

                                              1
CERTIFICATE OF INTERESTED ENTITIES
[Civil Local Rule 3-16]                                   Case No.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED: February 28, 2008

Respectfully submitted,

JACKSON LEWIS LLP

By _____
Mitchell F. Boomer
Janine R. Hudson

Attorneys for Defendant
INTERNATIONAL BUSINESS MACHINES
CORPORATION

2

CERTIFICATE OF INTERESTED ENTITIES
[Civil Local Rule 3-16]                              Case No.