1  Mitchell F. Boomer (State Bar No. 121441)
   Janine R. Hudson (State Bar No. 206671)
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, California 94105
   Telephone: (415) 394-9400
4  Facsimile: (415) 394-9401

5  Attorneys for Defendant
   INTERNATIONAL BUSINESS MACHINES
6  CORPORATION

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | JONATHAN ROSENOER,                    | Case No. CV-08-1198 JCS
12 |         Plaintiff,                    | **CERTIFICATE OF SERVICE**
13 |     v.                                |
14 | INTERNATIONAL BUSINESS MACHINES        | Complaint Filed: 12/28/07
   | CORPORATION, a New York corporation; and | Case Removed to Federal Court: 02/28/08
15 | DOES 1 through 50,                    |
16 |                                       |
   |         Defendant.                    |
17

18         I, Belinda Vega, declare that I am employed with the law firm of Jackson Lewis

19 LLP, whose address is 199 Fremont Street, 10th Floor, San Francisco, California 94105; I am over

20 the age of eighteen (18) years and am not a party to this action.

21         On February 29, 2008, I served the attached (1) CIVIL COVER SHEET;

22 (2) NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT [28 U.S.C. §§ 1441(a)]

23 *(filed endorsed)*; (3) CERTIFICATE OF INTERESTED ENTITIES [Civil Local Rule 3-16]

24 *(filed endorsed)*; (4) NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES

25 MAGISTRATE JUDGE FOR TRIAL; (5) ECF Registration Information Handout;

26 (6) WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; (7) ORDER

27 SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

28 STANDING ORDER; NOTICE OF RULE DISCONTINUING SERVICE BY MAIL;

1  **CONTENTS OF JOINT CASE MANAGEMENT STATEMENT** in this action by placing

2  true and correct copies thereof, enclosed in a sealed envelope addressed as follows:

3  Darin T. Judd, Esq. (SBN 160475)                    Attorneys for Plaintiff
   Eric D. McFarland, Esq. (SBN 214245)
4  LIPPENBERGER, THOMPSON, WELCH,                      JONATHAN ROSENOER
     SOROKO & GILBERT LLP
5  201 Tamal Vista Blvd.
   Corte Madera, CA  94925-1110
6  Tel.: (415) 927-5200
   Fax: (415) 927-5210

7  [X]    **BY MAIL**: United States Postal Service by placing sealed envelopes with the postage
8         thereon fully prepaid, placed for collection and mailing on this date, following ordinary
          business practices, in the United States mail at San Francisco, California.  [( ) *Courtesy*
9         *copy by fax.*]

10 [ ]    BY HAND DELIVERY:  I caused such envelope to be delivered by hand to the above
          address (via Western Messenger).
11

12 [ ]    BY OVERNIGHT DELIVERY:  I caused such envelope to be delivered to the above
          address within 24 hours by overnight delivery service (via Overnite Express).
13

14         I declare that I am employed in the office of a member of the bar of this Court at

15 whose direction the service was made; executed on February 29, 2008, at San Francisco,

16 California.

17
                                                    *Belinda Vega* (signature)
18                                          _____
                                                    Belinda Vega

---

2

CERTIFICATE OF SERVICE                                          Case No. CV-08-1198 JCS