1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN ROSENOER,

        Plaintiff(s),

v.

INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; and DOES 1 through 50.
        Defendant(s).
_____/

No. C 08-01198 JCS

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: March 20, 2008

Signature _____

Counsel for Defendant _____
(Plaintiff, Defendant, or indicate "pro se")