**United States District Court**
**Northern District of California**

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Rosenoer, | 08-01198 PJH |
|            Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
|   v. | |
| International Business Machines Corporation, | |
|            Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

---

**Notice Re: Noncompliance With Court Order**
08-01198 PJH                                      -1-

1  (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,
2  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
3  to an e-mail directed to adr@cand.uscourts.gov.

5      It is the responsibility of counsel to schedule an ADR Phone Conference, if
6  required, to occur <u>before</u> the Case Management Conference.

9  Dated: May 22, 2008

                           RICHARD W. WIEKING
                           Clerk
                           by:    Timothy J. Smagacz

*/s/ Timothy Smagacz*

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
08-01198 PJH                            -2-

United States District Court
Northern District of California

PROOF OF SERVICE

Case Name:     Rosenoer v. International Business Machines Corporation

Case Number:   08-01198 PJH

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On May 22, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Eric D. McFarland
> Lippenberger Thompson Welch Soroko & Gilbert LLP
> 201 Tamal Vista Boulevard
> Corte Madera, CA 94925
>
> Darin T. Judd
> Lippenberger Thompson Welch Soroko & Gilbert LLP
> 201 Tamal Vista Boulevard
> Corte Madera, CA 94925-1110
> djudd@ltws.com
>
> Mitchell F. Boomer
> Jackson Lewis LLP
> 199 Fremont Street
> 10th Floor
> San Francisco, CA 94105
> boomerm@jacksonlewis.com
>
> Janine R. Hudson
> Jackson Lewis LLP
> 199 Fremont Street

    10th Floor
    San Francisco, CA 94105
    hudsonj@jacksonlewis.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 22, 2008 in San Francisco, California.

                                    RICHARD W. WIEKING
                                    Clerk
                                    by:    Timothy J. Smagacz

                                    _____
                                    ADR Administrative Assistant
                                    415-522-4205
                                    Tim_Smagacz@cand.uscourts.gov