UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jonathan Rosenoer

          Plaintiff(s),

v.

International Business Machines
Corporation, a New York Corporation;
          Defendant(s).
_____/

Case No. C 08-1198 PJH

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      (2) Discussed the available dispute resolution options provided by the Court and private entities; and

      (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: May 27, 2008

Dated: May 27, 2008

*Alec S. Berman for IBM Corp.*
Alec. S. Berman
IBM Corporation

*Janine R. Hudson*
Janine R. Hudson
JACKSON LEWIS LLP
Attorneys for Defendant IBM Corporation

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05