**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES**</u>

**Date:  June 5, 2008**                                                                 **JUDGE:  Phyllis J. Hamilton**

**Case No:  C-08-1198  PJH**

**Case Name: Jonathan Rosenoer v. International Business Machines**

**Attorney(s) for Plaintiff:**          Darin Judd; Jonathan Rosenoer
**Attorney(s) for Defendant:**      Mitchell Boomer

**Deputy Clerk**:  Nichole Heuerman                          **Court Reporter**: Not Reported

**PROCEEDINGS**

    Initial Case Management Conference-Held.  The parties shall file cross motions for summary judgment by 9/24/08.  The motion shall be noticed for hearing pursuant to the local rules.  The parties are handed copies of the courts pretrial instructions.

**Order to be prepared by:**   [] Pl [] Def  []  Court

**Notes:**

**cc:** file