# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Rosenoer,<br><br>        Plaintiff(s),<br><br>    v.<br><br>International Business Machines Corporation,<br><br>        Defendant(s). | 08-01198 PJH MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

    The court notifies the parties and counsel that the Mediator assigned to this case is:

        **Stephen L. Schirle**
        PG&E, Law Department
        77 Beale Street, Mail Code B30A
        San Francisco, CA 94105
        415-973-8478
        slsw@pge.com

    Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.  The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-01198 PJH MED        - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: June 11, 2008

RICHARD W. WIEKING
Clerk
by:   Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
08-01198 PJH MED                  - 2 -