```
 1  Mitchell F. Boomer (State Bar No. 121441)
    JACKSON LEWIS LLP
 2  199 Fremont Street, 10th Floor
    San Francisco, California 94105
 3  Telephone: (415) 394-9400
    Facsimile:  (415) 394-9401
 4  BoomerM@jacksonlewis.com

 5  Attorneys for Defendant
    INTERNATIONAL BUSINESS MACHINES CORPORATION
 6
    Darin T. Judd. (SBN 160475)
 7  Jonathan Rosenoer, c/o
    LIPPENBERGER, THOMPSON, WELCH,
 8  SOROKO & GILBERT LLP
    201Tamal Vista Boulevard
 9  Corte Madera, California  94925-1110
    Telephone: (415) 927-5200
10  Facsimile:  (415) 927-5210

11  Attorneys for Plaintiff
    JONATHAN ROSENOER
12
```

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN ROSENOER, | CASE NO.: C 08-1198 PJH |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; and DOES 1 through 50, | [F.R.C.P. 41(a)(1)(i)] |
| Defendant. | |

    The parties hereto, by their undersigned counsel (or, in the case of Plaintiff Jonathan Rosenoer, who is also an attorney of record in this action and may elect to enter this stipulation on his own behalf after consultation with counsel), hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of

1

**STIPULATION FOR DISMISSAL WITH PREJUDICE [F.R.C.P. 41(A)(1)(II)]**

1 | Civil Procedure that this matter shall be and hereby is dismissed with prejudice, each party to bear its
2 | own attorney's fees and costs.
3 | Dated: November 5, 2008            JONATHAN ROSENOER
4
5
6                                      *Jonathan Rosenoer*
7                                      *In propria persona*
8 | Dated: November 5, 2008            LIPPENBERGER, THOMPSON, WELCH,
                                        SOROKO & GILBERT LLP
9
10
11                                     By _____//_____
                                          Darin T. Judd
12                                     Attorneys for Plaintiff
                                        JONATHAN ROSENOER
13
14 | Dated: November 5, 2008           JACKSON LEWIS LLP
15
16                                     By _____
                                          Mitchell F. Boomer
17
18                                     Attorneys for Defendant
                                        INTERNATIONAL BUSINESS MACHINES
                                        CORPORATION
19
20
21 | **IT IS SO ORDERED.**
22
23   _____
24   UNITED STATES DISTRICT COURT JUDGE
25
26   Dated: _November 24_____, 2008
27
28

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]